# EXHIBIT B

2026/3/8 15:28    Amazon.com: Mini Funny Knitted Wool Potato Toy with Positive Card - Creative Cute Crochet Doll Cheer Up Gift for Friends, Par...

amazon | Deliver to Jake — Naperville 60565 | Toys & Games ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, Jake — Account & Lists ▾ | Returns & Orders | 🛒 0 Cart

≡ All | 🔵 Rufus | Join Prime | Same-Day Delivery | Amazon Haul | Medical Care ▾ | Audible | Pet Supplies ▾ | Beauty & Personal Care | Buy Again | Household, Health & Baby Care | Pharmacy | Handmade | Computers

Toys & Games   Shop Toys by Character   Shop Best Selling Toys   Shop Newly Released Toys   Shop Amazon Exclusive Toys   Shop Toy Deals   Create a Gift List

Get your taxes done right    Shop now

Home & Kitchen › Home Décor Products › Home Décor Accents › Collectible Dolls



Positive potato

I may be a tiny potato,but I believe in you.Go do your thing !

Click to see full view

✨ Ask Rufus

What occasions is this potato toy good for? | Is it machine washable? | Can kids play with this?

Why you might like this | Compare with similar | Ask something else

## Mini Funny Knitted Wool Potato Toy with Positive Card - Creative Cute Crochet Doll Cheer Up Gift for Friends, Parties, Christmas Valentines Decoration and Encouragement

Brand: TOYMIS

4.8 ★★★★☆ (4,913)    Search this page

**1K+ bought** in past month

$5.99

Price history

**Thank you for being an Amazon customer. Get $50 off: Pay $0.00 of $5.99** upon approval for Amazon Visa.

FREE Returns ▾

Style: Positive Potato

| | | | |
|---|---|---|---|
| Cowboy Hat $8.99 | Emotional Support... $13.99 ~~$14.99~~ | Positive Highland... $11.99 | Positive Hippo $9.99 |
| Positive Life Taco $9.99 | Positive Peanut $9.99 | Positive Penguin... $8.99 | **Positive Potato $5.99** |
| Positive Sea Otter $9.89 | Positive Strawberry $8.99 | Positive Support... $8.99 ~~$9.49~~ | Positive Tulip $11.99 |

- Package Content: You will receive 1 knitted and a card which is printed encouraging words. And this cards is glued to the doll.
- Funny Product: Our funny knitted doll is very cute, and the words in the card are inspirational. You will happier if you see the doll when you are happy, while it will make you happy when you're upset. The doll will accompany forever.
- Premium Material: These funny are made of high-quality woolen yarn, which has advantages of durability and firmness, besides, woolen yarn is not easy to fall down, fade, or more. Serving you for long time.
- Exquisite Design: The design of cute dolls and encouraging words is warm. You will feel relax and happy when you see them after coming home from a hard day's work.
- Appropriate Gift: You can send these knitted toys to your family members, friends, children, etc as a gift. They will remember you after noticing the present you send.

› See more product details

⚑ Report an issue with this product or seller

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$5.99

FREE delivery **Friday, March 13** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Today 2 PM - 6 PM** on eligible orders. Order within 10 hrs 33 mins. Join Prime

📍 Deliver to Jake - Naperville 60565

**In Stock**

Quantity: 1 ▾

Add to cart

Buy Now

Ships from   Amazon
Sold by    CULULU
Returns    FREE 30-day refund/replacement
Gift options   Available at checkout

▾ See more

Add to List

Add to Auto Buy

### Other sellers on Amazon

New (2) from $5.99 & **FREE Shipping** on orders over $35.00 shipped by Amazon. ›

## Frequently bought together

 +

Total price: $15.97

Add both to Cart

ℹ These items are shipped from and sold by different sellers. Show details

**This item:** Mini Funny Knitted Wool Potato Toy with Positive Card - Creative Cute Crochet Do...
$5.99

LuoHere Positive Crochet Taco Birthday Gifts for Women Men Easter Basket Stuffers Essential...
$9.98

## Similar items that may deliver to you quickly

Page 1 of 4

    

Funny Crochet Potato Girl Easter Gifts for Father Dad Women Men Friend,Mother's Day Birthday Gifts from...
★★★★★ 523
-8% $5.99
List Price: ~~$6.49~~
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

JELUTAR Inspirational Crochet Potato Funny Gifts with Positive Words for Women Men Friends Coworkers,Handmade...
★★★★★ 639
-40% $5.99
List: ~~$9.99~~
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

DAFURIET Funny Potato Crochet Gift, 3.7in Handmade Kintted Wool Doll with Emotional Support Card, Cute Che...
★★★★★ 523
$8.99
List Price: ~~$8.99~~
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

DAFURIET Mini Funny Positive Frog, 3 inch Knitted Wool Doll with Positive Card for Cheer Up Gifts and Party...
★★★★★ 523
-22% $6.99
List Price: ~~$8.99~~
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

Mini Funny Turtle Easter Basket Essentials Stuffe...
★★★★★ 1,683
Amazon's Choice
Save 47%
-47% $7.98
List: ~~$14.99~~
Lowest price in 30 days
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

MBL Easter Basket Essentials for Teens - Easter Basket Stuffers Egg Fillers Graduation Emotional Inspirational...
★★★★★ 445
-9% $9.98
Typical: ~~$10.99~~
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

JELUTAR Mini Funny Optimistic Potato, 3 inch Knitted Doll with Card for Cheer Up Gifts and Party Decorations, Cute...
★★★★★ 204
$8.99
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

https://www.amazon.com/dp/B0C2BJ26P7?th=1

1/6

## Videos for similar products



 JELUTAR Inspirational Crochet Potato Funny Gifts with Positive ⭐⭐⭐⭐⭐ 639 $5⁹⁹

 DAFURIET Mini Funny Positive Frog, 3 inch Knitted Wool Doll with ⭐⭐⭐⭐⭐ 523 $6⁹⁹

 KALAWALK Cute Positive Funny Potato Crochet Knitted 3 inch ⭐⭐⭐⭐⭐ 98 $7⁹⁹

 Positive P… Support G… ⭐⭐⭐⭐ $9¹³

### 🎯 Looking for specific info?

Ask Rufus or search reviews and Q&A

What occasions is this potato toy good for?  Is it machine washable?  Can kids play with this?

Does it come with a display stand?  What is the potato made of?

## Product information

| Item details ⌄ | Style ⌄ |
|---|---|
| Materials & Care ⌄ | Features & Specs ⌄ |
| User guide ⌄ | Measurements ⌄ |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?** ⌄

## Product Videos



Mini Funny Knitted Wool Potato Toy with Positive Card - Creative Cute…
⭐⭐⭐⭐⭐ 4913
$5⁹⁹

## Product Description

Specification: Color: as shown in the detail picture Material: woolen yarn Product Size: 7.5 cm / 3 inch Package details: 1 x funny Note: Due to manual measurement, the size and weight may have a certain error. Due to the difference between monitors, there may be a slight color difference.

## Similar brands on Amazon

Page 1 of 2

Sponsored ⓘ

 Funny Sister Birthday Gifts - Handmade Crochet Potato Doll with 30 Sassy Sig… 4.8 ⭐⭐⭐⭐⭐ 178 $15.99

 Stitch-Witch Artisanal Crochet Finished Poket Hug Token, Handmade Emotion… 5.0 ⭐⭐⭐⭐⭐ 2 $14.95

 Valentines Gifts for Friend Women Dinosaurs Emotional Support Crochet… 4.9 ⭐⭐⭐⭐⭐ 45 $12.99

2026/3/8 15:28          Amazon.com: Mini Funny Knitted Whole Potato Toy with Positive Cards /Creative Cute Crochet Doll Cheer Up Gift for Friends, Par…

Case: 1:26-cv-03112 Document #: 1-2 Filed: 03/19/26 Page 4 of 7 PageID #:18

 

## Customer reviews

★★★★★ 4.8 out of 5

4,913 global ratings

| | |
|---|---|
| 5 star | 89% |
| 4 star | 7% |
| 3 star | 3% |
| 2 star | 0% |
| 1 star | 1% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Customers say

Customers find that this knitted potato toy is really cute and precious, well-made with good knitting and detailed stitching, and appreciate its positive message that serves as a daily reminder. They say it brings lots of laughter and fun, and consider it worth the price. The toy makes a nice gift, and specifically, one customer mentions it's great for all ages. Opinions are split about the size - while some find it perfect for small gifts, others say it's too tiny.

🅰 Generated from the text of customer reviews

**Select to learn more**

✓ Cute (292)  ✓ Gift value (140)  ✓ Quality (62)  ✓ Build quality (56)  ✓ Message (54)
✓ Smile (46)  ✓ Value for money (34)  — Size (97)

### Reviews with images                                                See all photos ›

‹         ›

## Top reviews from the United States

**Lovelylady**
★★★★★ **Taco-bout a perfect gift!**
Reviewed in the United States on August 11, 2025
Style: Positive Life Taco  |  Verified Purchase

Cutest little inspirational gift. I bought 4 of these after looking for similar tacos. This is the one that most resembled the actual look of a taco. He was delivered at the perfect time for each friend i bought him for. We've all been going through some stressful times and every one is entitled to a break down. This just let's you know you're not alone or the only one going through trials and that you're being thought of. All 3 ladies were very happy with their gift. I highly recommend. The stitching is detailed. Only thing, is you have to own him against a few items before finding a way to prop him up, not a huge deal but would've appreciated a flatter heavier bottom, too easily sit him on his own. Perfect little size.



2 people found this helpful

[ Helpful ]  |  Report

**dex**
★★★★★ **So cute**
Reviewed in the United States on October 30, 2025
Style: <mark>Positive Potato</mark>  |  Verified Purchase

This might be one of the best little trinkets I've ever bought. Its adorable and positive and its something that brightens up my day. In terms of quality its made very well, its not a cheap cash grab.

[ Helpful ]  |  Report

**Kris**
★★★★★ <mark>**Positive Potatoe**</mark>
Reviewed in the United States on March 4, 2026
Style: <mark>Positive Potato</mark>  |  Verified Purchase

Was delivered on time and with care - I gave it to a friend who just loves it - very cute - very well made - colors are great and the little sign is strong and easy to read

[ Helpful ]  |  Report

**The Gamer Paradise**
★★★★★ **Cute gift for others**
Reviewed in the United States on December 23, 2025
Style: <mark>Positive Potato</mark>  |  Verified Purchase

I gave this as a gift to my uncle and he loved it. It's super cute and sweet, it even made him laugh.

[ Helpful ]  |  Report

**Christine L. Morris**
★★★★★ **Day brightener for loved ones**
Reviewed in the United States on January 4, 2026
Style: Positive Support Taco  |  Verified Purchase

So well-made, adorable & bright colors. Bought 2, to cheer up loved ones going through difficult times. It brought a smile. One has it next to her desk, one has it on his dashboard. Really creative.

[ Helpful ]  |  Report

**Suzanne**
★★★★★ **Arrived**
Reviewed in the United States on February 27, 2026
Style: <mark>Positive Potato</mark>  |  Verified Purchase

Very cute. Gave to grandson so when having troubles he can take it out and remember hes loved and important

[ Helpful ]  |  Report

**Michael**
★★★★☆ **Good gift**
Reviewed in the United States on December 24, 2025
Style: <mark>Positive Potato</mark>  |  Verified Purchase

Started falling apart soon after it was unpackaged

[ Helpful ]  |  Report



**Amazon Customer**

★★★★★ **Cute, Great Value**

Reviewed in the United States on December 11, 2025

Style: <mark>Positive Potato</mark> | Verified Purchase

Cute "pick-me-up." Purchased for a coworker that was having a tough time. She has had it on her desk for over a year now. Perfect size for your desk, car or purse.

Helpful | Report

See more reviews ›

## Top reviews from other countries



**loren**

★★★★★ **Good quality**

Reviewed in the United Kingdom on March 1, 2026

Style: Positive Sea Otter | Verified Purchase

Good quality as described

Report



**Donna Lloyd**

★★★★☆ **OYMIS Positive Crocheted Knitted Strawberry Emotional Support Fruit**

Reviewed in Canada on November 1, 2025

Style: Positive Strawberry | Verified Purchase

As stated in previous review, I love the Positive Strawberry Support Fruit.

Report



**marget me**

★★★★★ **Fun item**

Reviewed in France on January 11, 2025

Style: <mark>Positive Potato</mark> | Verified Purchase

Always makes me smile and handy to put on a shelf or bedside table. Good quality.

Report



**Ambreen**

★★★★★ **cutie**

Reviewed in the United Arab Emirates on August 31, 2025

Style: <mark>Positive Potato</mark> | Verified Purchase

Cutie

Report



**ma**

★★★★★ **Cutest Little Pick-Me-Up Ever!**

Reviewed in Canada on May 27, 2025

Style: <mark>Positive Potato</mark> | Verified Purchase

I bought this as a small gift and it totally made the recipient smile. The message is adorable, and the plush is soft and well-made. It's silly, sweet, and surprisingly uplifting. Everyone needs a <mark>positive potato</mark> in their life!

Report

See more reviews ›

## Customers who bought this item also bought

Page 1 of 13








Funny Crochet Potato Girl Easter Gifts for Father Dad Women Men Friend,Mother's Day Birthday Gifts from…
★★★★★ 523
-8% $5.99
List Price: $6.49
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

Hoedia Emotional Pickle Small Mother's Day Easter Gifts for Women Men Her Him, Crochet…
★★★★★ 1,845
-44% $5.59
Ends in 23:31:30
List: $9.99
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

MBL Easter Basket Essentials for Teens - Easter Basket Stuffers Egg Fillers Graduation Emotional Inspirational…
★★★★★ 445
-9% $9.98
Typical: $10.99
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

qyqkfly Mini Positive Cute Funny Life Potato Knitted Holding Card Creative Cute Crochet Decpr Cheer Up Valentine Gifts for…
★★★★★ 1,236
-20% $7.99
List: $9.99
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

LuoHere Positive Crochet Taco Birthday Gifts for Women Men Easter Basket Stuffers Essentials Adult Kids Son Mom Da…
★★★★★ 1,443
-27% $9.98
Typical: $13.68
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

Mini Funny Turtle Easter Basket Essentials Stuffe…
★★★★★ 1,683
Amazon's Choice
Save 47%
-47% $7.98
List: $14.99
Lowest price in 30 days
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

Mini Emotional Taco Support 21st 30th 40th Birthday Gifts for Women Men Easter Basket…
★★★★★ 629
-18% $7.98
Ends in 23:31:31
List: $9.68
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon
76% Claimed

## Best Sellers in Home Décor Products

Page 1 of 5

2026/3/8 15:28 — Case: 1:26-cv-03112 Document #: 1-2 Filed: 03/19/26 Page 6 of 7 PageID #:20

Amazon.com: Mini Funny Knitted Wool Potato Toy with Positive Cards, Creative Cute Crochet Doll Cheer Up Gift for Friends, Par…


**upsimples 11x14 Picture Frame, Display Pictures 8x10 with Mat or 11x1…**
⭐⭐⭐⭐ 36,646
40K+ viewed in past month
#1 Best Seller
$7⁹⁹
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon
🌱 1 sustainability feature ⌄


**OLANLY Bathroom Rugs 30x20, Extra Soft Absorbent Chenille Bat…**
⭐⭐⭐⭐½ 40,307
300K+ viewed in past month
#1 Best Seller
-37% $9⁴⁷
List: $14.98
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon
🌱 1 sustainability feature ⌄


**Utopia Bedding 18x18 Pillow Inserts, Set of 2, White – Indoor Decorati…**
⭐⭐⭐⭐½ 214,872
60K+ viewed in past month
#1 Best Seller
-27% $15²⁴
($7.62/count)
List: $20.99
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon
🌱 1 sustainability feature ⌄


**Utopia Bedding Throw Pillows (Set of 4, White…**
⭐⭐⭐⭐½ 123,975
90K+ viewed in past month
-24% $20⁴²
($5.11/count)
Limited time deal
List: $26.89
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon
🌱 1 sustainability feature ⌄


**2x6 Hallway Washable Runner Rug : Vintage Soft Kitchen Laundry Runne…**
⭐⭐⭐⭐½ 5,616
100K+ viewed in past month
#1 Best Seller
-5% $20⁸⁹
List Price: $21.99
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon
🌱 1 sustainability feature ⌄

**GORILLA GRIP Bath Rug Mat, Thick Soft Absorbent Chenille, Quick Dry Microfiber Mats,…**
⭐⭐⭐⭐½ 80,583
100K+ viewed in past month
-25% $11⁹⁸
List: $15.99
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon
🌱 1 sustainability feature ⌄

## Pick up where you left off  See more

Page 1 of 3


**Mini Funny Knitted Wool Potato Toy with Positive Card - Creative Cute Crochet Doll Cheer Up…**
⭐⭐⭐⭐ 4,913
5K+ viewed in past month
$5⁹⁹
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon


**Crochet Rocket Birthday Gifts for Women Men,Easter Basket…**
⭐⭐⭐⭐⭐ 26
50+ viewed in past month
Amazon's Choice
$12⁹⁹
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon


**Gkuzus Funny Positive Crochet Potato Gifts - 12Pcs Handmade Emotional Cheer Up Support Toy Gifts for…**
⭐⭐⭐⭐⭐ 176
$29⁹⁹
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon


**party greeting 50 Pcs Mini Rubber Potato Gifts Positive Inspirational Potato Figures Bulk Motivational Potatoes…**
⭐⭐⭐⭐⭐ 20
$14⁹⁹
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon


**Des686Hut 10PCS Mini Emotional Support Potato Doll Positive Crochet Animals Desk…**
⭐⭐⭐⭐⭐ 5
700+ viewed in past month
-25% $29⁹⁹
List: $39.99
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon


**POPNANA 12Pcs Handmade Bulk Gifts for Coworkers Women Positive Crochet Potato…**
⭐⭐⭐⭐½ 13
300+ viewed in past month
$19⁹⁹
Get it as soon as **Friday, Mar 13**
FREE Shipping on orders over $35 shipped by Amazon

## Your Browsing History  View or edit your browsing history

Page 1 of 3

              

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon

English    United States

Amazon Music — Stream millions of songs
Amazon Ads — Reach customers wherever they spend their time
6pm — Score deals on fashion brands
AbeBooks — Books, art & collectibles
ACX — Audiobook Publishing Made Easy
Sell on Amazon — Start a Selling Account
Veeqo — Shipping Software Inventory Management

Amazon Business — Everything For Your Business
Amazon Fresh — Groceries & More Right To Your Door
AmazonGlobal — Ship Orders Internationally
Home Services — Experienced Pros Happiness Guarantee
Amazon Web Services — Scalable Cloud Computing Services
Audible — Listen to Books & Original Audio Performances
Box Office Mojo — Find Movie Box Office Data

Goodreads — Book reviews & recommendations
IMDb — Movies, TV & Celebrities
IMDbPro — Get Info Entertainment Professionals Need
Kindle Direct Publishing — Indie Digital & Print Publishing Made Easy
Amazon Photos — Unlimited Photo Storage Free With Prime
Prime Video Direct — Video Distribution Made Easy
Shopbop — Designer Fashion Brands

Amazon Resale — Great Deals on Quality Used Products
Whole Foods Market — America's Healthiest Grocery Store
Woot! — Deals and Shenanigans
Zappos — Shoes & Clothing
Ring — Smart Home Security Systems
eero WiFi — Stream 4K Video in Every Room
Blink — Smart Security for Every Home

Neighbors App
Amazon Subscription Boxes
PillPack
Amazon Renewed

Real-Time Crime
& Safety Alerts

Top subscription
boxes – right to
your door

Pharmacy
Simplified

Refurbished tech
you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

Case: 1:26-cv-03112 Document #: 1-2 Filed: 03/19/26 Page 7 of 7 PageID #:31

Amazon.com: Mdn3 Funny Knitted Wool Potato Toy with Positive Cards, Creative Cute Crochet Doll, Cheer Up Gift for Friends, Par…

Real-Time Crime
& Safety Alerts

Top subscription
boxes – right to
your door

Pharmacy
Simplified

Refurbished tech
you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates